**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL VALENZUELA, | ) | No. CV 11-6609-GHK(CW) |
| | ) | |
|        Petitioner, | ) | JUDGMENT |
| | ) | |
|  v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
|        Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:    8/17/11

                                    _____
                                       GEORGE H. KING
                              United States District Judge